**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7723**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOHNNY LEE WESLEY,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Henry Coke Morgan, Jr., Senior District Judge.  (CR-97-382)

———————

Submitted:  March 10, 2005          Decided:  March 14, 2005

———————

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Johnny Lee Wesley, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Lee Wesley seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider in his underlying 28 U.S.C. § 2255 (2000) action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In actions where the United States is a party, parties are accorded sixty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's judgment was entered on the docket on December 11, 2003. The notice of appeal was filed on October 12, 2004.[*] Because Wesley failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in

---

[*]This date gives Wesley the benefit of Houston v. Lack, 487 U.S. 266 (1988).

the materials before the court and argument would not aid the decisional process.

DISMISSED